IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**MARISOL SANTANA COLON**<br><br>**DEBTOR** | CASE NO. 15-00814 (BKT)<br><br>Chapter 7 |
| **BANCO POPULAR DE PUERTO RICO, SERVICER FOR POPULAR MORTGAGE**<br><br>**MOVANT**<br><br>vs.<br><br>**MARISOL SANTANA COLON; NOEMI LANDRAU RIVERA, TRUSTEE**<br><br>**RESPONDENTS** | INDEX<br><br>☒ of acts against property under §362(d)(1) "CAUSE"; and/or<br>☒ of acts against property under §362(d)(2) "LACK OF EQUITY" |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW BANCO POPULAR DE PUERTO RICO ("Banco Popular"), SERVICER FOR POPULAR MORTGAGE through its undersigned counsel, and very respectfully alleges, states and prays:

1. Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (d)(1) and/or 11 U.S.C. §362 (d)(2).

2. On February 6, 2015, Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

3. Banco Popular is the holder in due course of a Mortgage Note in the principal sum of $80,023.00 bearing interest at 6.50% per annum, due on November, 2037.

4. On February 27, 2015, Banco Popular filed a secured claim, with a proof of lien, in the amount of $75,929.58 for loan number 1553, with pre-petition arrears of $4,169.68, encumbering Debtor's residence.

5. Respondent is the duly-appointed Chapter 7 trustee.

6. Debtor's residence lacks equity and is not necessary to an effective reorganization.

7. Movant is entitled to relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1)Section 362(d) of the Bankruptcy Code, 11 U.S.C. §362(d), which provides:

(d) On request a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay -

> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
>
> (2) with respect to a stay of an act against property under subsection (1) of this section, if -
>
>> (A) the debtor does not have an equity in such property; and
>> (B) such property is not necessary to an effective reorganization."

8. As shown from the attached certification, Debtor is not eligible for the protections of the Servicemen's Civil Relief Act of 2003.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order granting Movant relief from the automatic stay.

**WE HEREBY CERTIFY** that a copy of the *Motion for Relief from Stay* was electronically filed by Movant, using the CM/ECF System, which will send a notification to the Chapter 7 Trustee and to the debtor's attorney. In addition, a copy of the *Motion for Relief from Stay* was sent by Movant, to the debtor's address of record.

In San Juan, Puerto Rico on the 31st day of March, 2015.

SERGIO A. RAMIREZ DE ARELLANO LAW OFFICES
Attorneys for Banco Popular
Banco Popular Center
10th Floor, Suite 1022

209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tels: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com

*/S/ Sergio A. Ramirez de Arellano*
USDC PR 126804

## STATEMENT OF ACCOUNT

| DEBTOR: | MARISOL SANTANA-COLON | | BPPR NUM: | 1553 |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 15-00814 BKT | | FILING DATE: | 02/06/15 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | | 09/01/14 | | | 72,685.99 |
| Accrued Interest from | | 08/01/14 to | 02/06/15 | | 2,427.91 |
| Interest: 6.500% | Accrued num. of days: | 185 | Per Diem: | 13.123859 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| **Total montly escrow** | | | $0.00 | Months in arrears 6 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 60.68 |
| | | | | | Proyected Late Charge: | |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 105.00 |
| Other | $60.00 | | | | | |
| Legal Fees: | | | | | | 650.00 |
| Total amount owed as of | | 02/06/15 | | | | 75,929.58 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 6 | payments of | $559.00 | each one | | 3,354.00 |
| | acummulated lated charges | | | | 60.68 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 105.00 |
| Other | $60.00 | | | | | |
| Legal Fees | | | | | | 650.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 4,169.68 |

**POST-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 0 | payments of | $559.00 | each one | | 0.00 |
| | Late Charge | | | | 0.00 |
| | | | B = TOTAL POST-PETITION AMOUNT | | 0.00 |
| | | | A + B = TOTAL AMOUNT IN ARREARS | | 4,169.68 |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 08/01/14 | Interest rate | 6.500% | P & I $505.80 | Monthly late charge | $15.17 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | 532 BAL LAS CATALINAS CAGUAS PR 00725 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*Delitza Díaz*

BANCO POPULAR DE PUERTO RICO

02/23/15
DATE

SACCTFHA    Delitza Díaz

---PAGARE HIPOTECARIO---

---OCHENTA MIL VEINTITRES DOLARES ($80,023.00)---

---Caguas, Puerto Rico.                      No. ___2280505___

---VENCIMIENTO: PRIMERO (1RO) DE NOVIEMBRE DEL AÑO DOS MIL TREINTA Y SIETE (2037)---

---POR VALOR RECIBIDO el (los) suscribiente (s), se obliga(n) a satisfacer a la **AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO** o a su orden, la suma principal de **OCHENTA MIL VEINTITRES DOLARES ($80,023.00)** con intereses desde esta fecha a razón del **seis punto cinco por ciento (6.5%)** anual sobre el saldo impagado de esta obligación. Dicho principal e intereses serán pagaderos en la oficina de la Autoridad Para el Financiamiento de la Vivienda de Puerto Rico, en San Juan, Puerto Rico, o en cualquier otro sitio que el tenedor designe, por escrito, en plazos mensuales de **QUINIENTOS SEIS DOLARES CON OCHENTA CENTAVOS ($506.80)** empezando el día primero (1ro) de diciembre del año dos mil siete (2007); y sucesivamente el día primero de cada mes subsiguiente hasta el pago total del principal e intereses, excepto que el plazo final de vencimiento para el pago total de esta deuda, si antes no ha sido satisfecho vencerá y será pagadero el día primero (1ro) de noviembre del año dos mil treinta y siete (2037).---

---Si cualesquiera de los plazos estipulados en este pagaré no fuere satisfecho antes del vencimiento del próximo plazo mensual, entonces la totalidad de esta obligación y sus intereses acumulados quedarán vencidos sin aviso alguno, a opción del tenedor de esta obligación, quien podrá exigir su pago. El no hacer uso de este derecho opcional no constituye renuncia para el ejercicio del mismo en caso de incumplimiento subsiguiente.---

---Se renuncia por la presente, los derechos de presentación, protesto, demanda, aviso y prescripción.---

---Los otorgantes, los endosantes y los fiadores autorizan a cualquier abogado de Puerto Rico a comparecer en su representación ante los Tribunales de Justicia correspondientes, a la jurisdicción de cuyos Tribunales se someten para que al vencimiento de este pagaré se allane a que el correspondiente Tribunal dicte sentencia en contra de ellos por el principal de esta obligación o cualquier balance del mismo que se adeude, los intereses que se deban y una suma equivalente al diez por ciento (10%) del principal de este pagaré hipotecario para costas, gastos y honorarios de abogado.---

---Este pagaré está garantizado con una hipoteca sobre propiedad inmueble, según se expresa en la escritura número seiscientos setenta y ocho (678)--------- de esta misma fecha, otorgada ante el Notario que suscribe.---

---En Caguas, Puerto Rico, a 5 de octubre de 2007.---

*Marisol Santana Colon*
MARISOL SANTANA COLON

PAGARE
CLE-P08*

---AFFIDAVIT NUMERO: 21,210

---Reconocido y suscrito ante mí por **MARISOL SANTANA COLON**, mayor de edad, soltera, empleada y vecina de Caguas, Puerto Rico; por no conocerle personalmente la identifico mediante los medios supletorios establecidos en el Artículo 17 (c) de la Ley Notarial vigente, a saber en el HECHO SEXTO de la escritura arriba mencionada.---

---En Caguas, Puerto Rico, a 5 de octubre de 2007.---

PEDRO R. CINTRON RIVERA
Notario Público

**LEXTERRA**
ESTUDIOS DE TÍTULO

*Este documento no constituye una póliza de Seguro de Título, por lo cual no es garantía alguna. Para su protección, debe obtener una póliza de Seguro de Título. La responsabilidad de esta entidad se limita a la cantidad pagada por el estudio.*

| | |
|---|---|
| FECHA: | 24 DE FEBRERO DE 2015 |
| CLIENTE: | LCDO. SERGIO A. RAMÍREZ DE ARELLANO P/C JOSÉ VÁZQUEZ |
| CASO: | BPPR, BK15-00814, \1553, MARISOL SANTANA COLON |
| FINCA: | ASIENTO 1537 DEL DIARIO 1137 DE CAGUAS, APTO. 532-5 CONDOMINIO BALCONES LAS CATALINAS EN CAGUAS, SECCIÓN PRIMERA, REGISTRO DE LA PROPIEDAD DE CAGUAS. |

DESCRIPCIÓN:

URBANA: PROPIEDAD HORIZONTAL: Unidad de vivienda de forma sustancialmente cuadrada, de un solo nivel en el Edificio Cinco(5) del Proyecto Balcones Las Catalinas en el Barrio Cañaboncito del término municipal de Caguas, Puerto Rico, construida de hormigón y bloques de hormigón, conteniendo sala-comedor, cocina, tres habitaciones y un baño. La puerta principal de entrada está localizada por su colindancia Sur, por donde tiene acceso a los elementos comunes, con el número, cabida y colindancias que se describen a continuación: APARTAMENTO NUMERO QUINIENTOS TREINTA Y DOS (532), localizado en el tercer piso de este edificio, del proyecto. Tiene una cabida de 952.07 pies cuadrados. Colinda por el NORTE, con elemento común en 31 pies 8 pulgadas; por el SUR, con apartamento número 533 y elemento común en 31 pies 5 pulgadas; por el ESTE, con elemento común en 31 pies 9 pulgadas; y por el OESTE, con apartamento número 531 y elemento común en 32 pies 0 pulgadas. Le pertenece el uso y disfrute del espacio de estacionamiento, identificado con el mismo número del apartamento para un automóvil. Tiene una participación de 0.008563779% en los elementos comunes del condominio.

TRACTO:

Pendiente de individualización del Condominio Balcones Las Catalinas, el cual enclava en la finca 1040, inscrita al folio 196 del tomo 146 de Caguas.

DOMINIO:

Consta presentada para ser inscrita a favor de **Marisol Santana Colón, soltera**, quien adquiere el dominio de esta propiedad por compra a El Municipio de Caguas por precio de $85,000.00, según consta de la escritura 29 otorgada en Caguas el 5 de octubre de 2007 ante el notario Gil Ramón Calderón Rivera. *Presentada el 27 de diciembre de 2007 y aún pendiente de inscripción, al asiento 1537 del diario 1137 de Caguas I.*

GRAVÁMENES:

Por su procedencia: Está afecta a Servidumbre a favor de la Autoridad de Energía Eléctrica de Puerto Rico; y a Condiciones Impuestas y Disposiciones del Reglamento para la Administración del Condominio.

Por sí: Libre de Cargas.

DOCUMENTOS PRESENTADOS:

Al asiento 1538 del Diario 1137 se presentó el 27 de diciembre de 2007 la Escritura 678 de Hipoteca otorgada en San Juan el 5 de octubre de 2007 ante el notario Pedro R. Cintrón Rivera por la cual constituye/n sobre esta finca HIPOTECA en garantía de



**LEXTERRA**

-2- Apto. 532-5 Cond. Balcones Las Catalinas, Caguas I

pagaré a favor de La Autoridad para el Financiamiento de la Vivienda de Puerto Rico, o a su orden, por la suma de $80,023.00 con intereses al 6.5% anual y vencimiento 1º de noviembre de 2037. ***Derechos: Exento***

Al asiento 1540 del Diario 1137 se presentó el 27 de diciembre de 2007 la Escritura 679 de Hipoteca otorgada en San Juan el 5 de octubre de 2007 ante el notario Pedro R. Cintrón Rivera por la cual constituye/n sobre esta finca HIPOTECA en garantía de pagaré a favor de La Autoridad para el Financiamiento de la Vivienda de Puerto Rico, o a su orden, por la suma de $8,378.00 sin intereses y vencedero en 8 años. ***Derechos: Exento***

Al asiento 1529 del Diario 1151 se presentó el 29 de diciembre de 2009 la Escritura 96 de Modificación de Hipoteca otorgada en San Juan el 14 de octubre de 2009 ante el notario Pedro R. Cintrón Rivera, por la cual MODIFICAN la Hipoteca por $80,023.00 antes relacionada. ***Derechos: Exento***

REVISADOS:

Libros de Embargos Estatales, Embargos bajo Ley 12 del 20 de enero de 2010, Municipales, Federales, Sentencias y Bitácora (Sistema Electrónico y Ágora, de la cual no nos hacemos responsables por errores u omisiones en el mismo), bajo el Apartamento 532-5 Condominio Balcones Las Catalinas en Caguas hasta el asiento 806 del diario 1185 de Caguas I, hoy 24 de febrero de 2015.
SGarcía/lf-m

PO Box 10265 | San Juan PR 00922 | fax 1-888-876-0946 | phone 787- 908-3124 | email estudios@lexterrapr.com

Department of Defense Manpower Data Center  Results as of : Mar-30-2015 08:08:30 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>SANTANA COLON</u>
First Name: <u>MARISOL</u>
Middle Name:
Active Duty Status As Of: <u>Mar-30-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350